IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        CRIMINAL NO. 1:25-CR-10014-001
                                )
CALVIN THOMAS BROWN             )

**FINAL ORDER OF FORFEITURE**

On November 24, 2025, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 35). In the Preliminary Order of Forfeiture, a Samsung Galaxy Note20, Model SM-N981U with IMEI: 356485940039665, was forfeited to the United States pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On February 2, 2026, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was January 25, 2026. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on November 4, 2025, shall become final at this time.

1

IT IS SO ORDERED this ___15___ day of June, 2026.


_____
HONORABLE SUSAN O. HICKEY
SENIOR UNITED STATES DISTRICT JUDGE

2